UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT TYSON WILLIAMSON,<br><br>　　　　　　Defendant. | 3:09-cr-00093-LRH-VPC<br><br>**ORDER FOR PRETRIAL SERVICES TO RETURN PASSPORT TO DEFENDANT** |

　　　　Based upon the Defendant's Motion for Pretrial Services to Return Passport filed herein,

　　　　IT IS HEREBY ORDERED that Pretrial Services return Mr. Williamson's passport to his daughter, TAMARA WILLIAMSON.

DATED this 25th day of August, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3